MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
    PLEA AND
        SENTENCE



Time in Court: _____ Hrs  **04** Min

Filed in Open Court:   Date: **11/20/17**   Time: **11:03 a.m**   Tape: **FTR GOLD**

Magistrate (presiding): **JANET F. KING**        Deputy Clerk: **K. THORNTON**

| | | |
|---|---|---|
| Case Number: | **1:17-cr-397-SCJ** | Defendant's Name: **Andres Castaneda-Guzman** |
| AUSA: | **Wil Traynor** | Defendant's Attorney: **Rebecca Sheppard** |
| USPO/PTR: | | Type Counsel: ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived |

___ ARREST DATE: _____

**X** INTERPRETER: *David Hoover*

___ INITIAL APPEARANCE HEARING. ( ) In THIS DISTRICT     Dft in custody? ( ) Yes  ( ) No

___ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

___ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

___ ORDER appointing _____ as counsel.

___ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

___ Dft to pay attorney fees as follows: _____

___ INFORMATION/COMPLAINT filed.       ___ WAIVER OF INDICTMENT filed.

___ Copy indictment/information given to dft? ( ) Yes  ( ) No     Read to dft? ( ) Yes  ( ) No  ( ) Prior to Hrg

~~___ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.~~

**X** ARRAIGNMENT HELD.   ( ) Superseding indictment / information     ( ) Dft's WAIVER of appearance filed.

___ Arraignment continued to _____ at _____  Request of ( ) Govt  ( ) Dft

___ Dft failed to appear for arraignment.   Bench warrant issued _____

**X** Dft enters PLEA OF NOT GUILTY. ( ) Dft stood mute, NOT GUILTY plea entered. ( ) Waiver of appearance form.)

___ MOTION TO CHANGE PLEA, and order allowing same.

**X** ASSIGNED TO JUDGE   **S. Jones**   for (X) trial   ( ) arraignment/sentence.

**X** ASSIGNED TO MAGISTRATE   **A. Baverman**   for pretrial proceedings.

**X** Estimated trial time: _____ days.     (X) SHORT   ( ) MEDIUM   ( ) LONG

___ **SEE PAGE 2**

U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 20 2017

James N. Hatten, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Indictment |
| v. ) | |
| ) | No 1:17-CR-397 |
| ANDRES CASTANEDA-GUZMAN ) | |

## PLEA WITH COUNSEL

I, ANDRES CASTANEDA-GUZMAN, defendant, having received the Indictment in this case, and having been arraigned, plead NOT GUILTY to all charges in the Indictment.

In open Court this 20th day of November, 2017.

_____
SIGNATURE (Defense Attorney)
Rebecca Shepherd

Federal Defender Program
Suite 1500, Centennial Tower
101 Marietta Street, NW
Atlanta, GA 30303

Phone: _404-688-7530

Bar Number: 780692

_____
SIGNATURE (Defendant)
ANDRES CASTANEDA-GUZMAN

c/o U.S. Marshals Service
_____
_____

Phone: _____

Form No. USA-40-19-B
N.D. Ga. 11/8/12